Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa Division

| | |
|---|---|
| Pele' La'Cruz-Watkins Sr<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Tampa Police department<br>ANNA RICHARDSON-GRIFFIN-Major<br>unknown officer OSS II<br>Officer Derocco- Detective<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 8:21 CV 1830 KKM-JSS<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pele' La'Cruz-Watkins Sr. |
| Address | 3430 West Kennedy Blvd |
| City | Tampa |
| State | Fla |
| Zip Code | 33619 |
| County | Hillsborough |
| Telephone Number | 717-685-6160 |
| E-Mail Address | pelelacruzwatkins@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ANNA RICHARDSON-GRIFFIN |
| Job or Title (if known) | Major |
| Address | 411 north Franklin Street |
| City | Tampa |
| State | Fla |
| Zip Code | 33602 |
| County | Hillsborough |
| Telephone Number | 813-276-3250 |
| E-Mail Address (if known) | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | unknown officer |
| Job or Title (if known) | OSS II |
| Address | 411 North Franklin Street |
| City | Tampa |
| State | Fla |
| Zip Code | 33602 |
| County | Hillsborough |
| Telephone Number | 813-276-3250 |
| E-Mail Address (if known) | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**
- Name: Derocco
- Job or Title (if known): Detective
- Address: 411 North Franklin Street
- City: Tampa
- State: Fla
- Zip Code: 33602
- County: Hillsborough
- Telephone Number: 813-276-3250
- E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Address:
- City:
- State:
- Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

> 6th Amendment right to Due Process of Law & Confortation Clause

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> With Information provided to a Tampa Police Officer by an unknown person to Me, I was issued a Warrant for My arrest.
> In an attempt to resolve the matter, I contacted the Tampa Police Department, and I found out the report number. So I followed the automated instructions to obtain a copy of the report, and was refused a report, My money Order along with a Letter attached with the name Detective on it. Stating "the crime was still under investigation", and to call this Detective. See Exhibits 1, 2, and 3-4
> Title 18 U.S.C sec. 241 & 242

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> This happened within the City of Tampa, Hillsborough County, Tampa Police Department, Via United State Postal Service.

B. What date and approximate time did the events giving rise to your claim(s) occur?

> To My Knowledge the Warrant was issued on or about the 6th of July and the refusal to provide Me a Police report of the Incident was on the July 9th, 2021.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> I have Stage 4 Lung & Throat Cancer, the emotional Stress, and Duress, is taking it's toll, along with I can't be in My home to properly care for Myself. Out of Fear of the Tampa Police Department will break down My door anf Arrest Me placing Me in more danger due to My compromised immune system from treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

1.) Have the Case dismissed for violation My Dully Protected rights
2.) Pay ($100,000.00) One hundred Thousand in Damages for violating My Dully Protected Rights
3.) What ever else the Court sees as Lawful & Legal Equitable Relief based on the Violation of Dully protected Rights

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/27/2021

Signature of Plaintiff: *[signed] All Rights Reserved*
Printed Name of Plaintiff: Pele' La' Cruz-Watkins Sr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

|  |  |
|---|---|
| Name of Law Firm | |
| Address | |
| | City     State     Zip Code |
| Telephone Number | |
| E-mail Address | |

## Affidavit in Support of Title 42 U.S.C. sec 1983 Complaint

STATE OF PENNSYLVANIA    )
                                                  ) ss:
COUNTY OF PHILADELPHIA  )

I, Pele' La'Cruz-Watkins Sr, being first duly sworn upon oath, deposes and says as follows:

1. I have personal knowledge of the facts contained in this **Title 42 U.S.C sec 1983 Complaint** and in this affidavit and am competent to testify to these facts.

2.) The statements in this **Title 42 U.S.C sec 1983 Complaint** and **affidavit** are true and correct to the best of my knowledge

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FURTHER YOUR AFFIANT SAYETH NOT:

DATED this 27th July, 2021

Sworn to and subscribed before me this 27 day of July 20 2021

Pele' La'Cruz-Watkins Sr
c/o: 3430 West Kennedy Blvd
Tampa, Fla [33609]

Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the TITLE 42 U.S.C. sec 1983 Civil Rights Complaint, was made this 27ᵀᴴ day of July 2021, by depositing a copy of the same in the U.S. Mail, postage prepaid, regular mail, addressed to:

1.) ANNA RICHARDSON-GRIFFIN-Major

411 North Franklin Street

Tampa, Fla [33602]

2.) Public Records Deparment

Unknown officer OSS II

411 North Franklin Street

Tampa, Fla [33602]

3.) Officer Derocco- Detective

411 North Franklin Street

Tampa, Fla [33602]

4.) Andrew H. Warren-State Attorney

Office of State Attorney

419 North Pierce Street

Tampa, Fla [33602]

5.) United States District Court

Middle District of Florida-Clerk of Court

801 North Florida Avenue

Tampa, Fla [33602]

# Exhibit 1

# Exhibit 2

To Whom it May Concern,

I Would Like a copy of this Police Report Enclosed is $2.00 Money Order, 21-284998 #
also Return Envelope.

Thank you,

Pele CaCruz Watkins

# Exhibit 3

# Exhibit 4



**City of Tampa**
Jane Castor, Mayor

Tampa Police Department
Brian Dugan, Chief of Police
411 N. Franklin Street
Tampa, FL 33602
Office (813) 276-3250

To Whom It May Concern:

Thank you for contacting the Customer Service Section of the Tampa Police Department. Your order cannot be processed at this time for the following reason(s):

____ The proper fee was not enclosed. A check or money order in the amount of $_____ (U.S. Funds) is required for each report requested by mail. **Please do not send cash.** Separate checks are required for each report.

____ A sworn statement is required. Florida State Statute mandates that only persons involved in an accident, their legal representative, or their insurance company may get copies of reports within the first 60-day period. To download the sworn statement form, go to www.tampagov.net, Police Department, Services, Police Records Services, then click on the link under Mail Requests. The form must be filled out completely and notarized.

____ A self-addressed envelope with sufficient postage is required with each request.

____ We are unable to locate the report requested. Please call 813-276-3250 with additional information.

_✓_ The report you requested is still under investigation and cannot be released at this time. You may contact _Det. Derocco_ at (813) _354-6645_ or you can check back with us at the number listed below at a later date to check the status of the report.

____ Other:_____

Please complete the appropriate action needed and mail back the re-submitted request to:

Tampa Police Department
Attn: Records Unit
411 N. Franklin Street
Tampa, Florida 33602

You may also contact a customer service representative at 813-276-3250 if you have any questions.

Sincerely,

ANNA RICHARDSON-GRIFFIN, Major
Support Services Division

OSS II Initial

SSD:GIGUERE:mc

tampagov.net